ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE APELACIONES
PANEL IX

| JORGE CAMACHO PÉREZ<br><br>Parte Recurrente<br><br><br>EXPARTE | TA2026CE00660 | *CERTIORARI* procedente del Tribunal de Primera Instancia, Sala Superior de Bayamón<br>_____<br>Caso Núm.: BY2025CV01172<br>_____<br>SOBRE:<br>PETICIÓN DE ORDEN-ELIMINACIÓN DE REGISTROS DE OFENSORES SEXUALES |
|---|---|---|

Panel integrado por su presidenta la juez Brignoni Mártir, el juez Salgado Schwarz y la juez Aldebol Mora.

Salgado Schwarz, Carlos G., juez ponente

## RESOLUCIÓN

En San Juan, Puerto Rico, a 29 de mayo de 2026.

Examinado el *Certiorari* presentado por Jorge Camacho Pérez el 22 de mayo de 2026, disponemos lo siguiente:

Luego de un estudio sosegado del expediente ante nos, procede abstenernos de ejercer nuestra función revisora, por lo que denegamos la expedición del auto de certiorari. Véase, Regla 40 del Reglamento del Tribunal de Apelaciones, 4 LPRA Ap. XXII-B, R. 40.

Lo acordó y manda el Tribunal, y lo certifica la Secretaria del Tribunal de Apelaciones.

*Lcda. Lilia M. Oquendo Solís*
*Secretaria del Tribunal de Apelaciones*